No. 81–1636. FLORIDA *v.* BRADY ET AL. Sup. Ct. Fla. [Certiorari granted, 456 U. S. 988.] The parties are directed to file supplemental memoranda addressing the present posture of the cases in the state courts, the status of the charges against each respondent and how any change, if there be any change, affects the case pending in this Court. Oral argument in this case, presently scheduled for December 8, 1982, is postponed and the case of *District of Columbia Court of Appeals et al.* v. *Feldman et al.*, No. 81–1335 [certiorari granted, 458 U. S. 1105], is set for oral argument in its stead.

No. 82–171. MARINE TERMINALS CORP. ET AL. *v.* KELLY, *ante,* p. 863. Motion of respondent for reimbursement of costs denied.

No. 82–446. DALLAS COUNTY HOSPITAL DISTRICT *v.* DALLAS ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW ET AL. C. A. 5th Cir. Motion of respondent Leon Gowans for leave to proceed *in forma pauperis* denied.

No. 82–667. FLORIDA *v.* ZAFRA. Dist. Ct. App. Fla., 3d Dist. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 82–118. CROWN, CORK & SEAL CO., INC. *v.* PARKER. C. A. 4th Cir. Certiorari granted. ▮▮▮▮▮▮▮▮▮

No. 82–372. FEDERAL TRADE COMMISSION ET AL. *v.* GROLIER INC. C. A. D. C. Cir. Certiorari granted. ▮▮

No. 81–1859. ILLINOIS *v.* LAFAYETTE. App. Ct. Ill., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮▮▮▮▮▮